United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 4, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 04-60272
Summary Calendar

_____

CASSIUS USUNOBUN EKAHTOR,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review:
Board of Immigration Appeals
BIA No. A70 675 390

_____

Before REAVLEY, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

We conclude that the BIA's interpretation of 8 C.F.R. § 1245(a) is

reasonable and thus worthy of deference. *See Hamdan v. INS*, 98 F.3d 183, 185

(5th Cir. 1996). We therefore deny review of the BIA's order of removal.

Review is DENIED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.